TOWNSHIP OF FAIRFIELD v. WILDLIFE PRESERVES, INC.

, October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN TIMS.

October 15, 1974. Petition for certification denied. (See 129 N. J. Super. 399)

STATE OF NEW JERSEY v. HENRY MOSIELLO.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL STRONG.

October 15, 1974. Petition for certification denied.

LONG BEACH ISLAND BOARD OF EDUCATION v. LONG BEACH ISLAND TEACHERS ASSOCIATION.

October 15, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JACK HARVEY.

October 15, 1974. Petition for certification denied.